(122 So. 806)

**Jim JACOBS v. STATE.    (4 Div. 441.)**

Supreme Court of Alabama.   June 6, 1929.

J. C. Fleming, of Elba, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.   Petition of Jim Jacobs for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Jacobs v. State, 122 So. 806.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.